# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO OROZCO, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-03550 JAK (Skx)<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL OF INDIVIDUAL AND CLASS CLAIMS WITHOUT PREJUDICE (DKT. 18)**<br><br>**JS-6** |

Based on a review of the Stipulation of Voluntary Dismissal of Individual and

Class Claims Without Prejudice (the "Stipulation") (Dkt. 18), sufficient good cause

has been shown. Therefore, the action is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own fees and costs. This action is closed.

IT IS SO ORDERED.

Dated: October 16, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE